DS49761

United States of America Northern District/Dallas

My Public Federal Court House/Earle Cabell Building ct

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 OCT 24 PM 12:16
DEPUTY CLERK_____ Ma

ORIGINAL

I; David James West, a Christian man
( Prosecutor )

VS.

**3 - 19CV - 2522K**

Donald J. Trump , a man
( wrongdoer )
a paid employee and acting President of the
United States of America Buisness
1600 Pennsylvania Ave. NW Washington, DC 20500

I; require a Trial by Jury common law court

Nature of my case : Claim of Trespass- Dereliction of Duty

Trespass- Dereliction of Duty : Donald J. Trump- a man
is allowing me to remain injured , my property
and time forever lost by the actions of poor
employees of the United States of America business
I have ownership in.

p1-2

1. The Trespass: Dereliction of Duty does injury and property loss to me and continues Constitution of the United States Article II Sec. 1. 6, 8

2. The Commencement of Trespass: began February 13, 2013 and continues this day of filing

3. I; require just compensation of $35,087 $^{72}$ a day until settlement and I made whole (2444 days have past totaling $85,754,387 $^{70}$) eighty five million seven hundred fifty four thousand - three hundred eighty seven dollars and $^{70}/_{100}$——— Constitution of the United States Amendment V

4. I; require we enjoy the right to a speedy "Trial by Jury" within 21 days of Donald J. Trump- man (wrongdoer) being served. Constitution of the United States Amendment VII

5. Attached are exhibits: further verification of my claim

I; David James West- a Christian man, swear to and affirm in court that my claim is true

David James West
a Christian man
10-24-2019        p. 2-2

- All response put in my case may be handwritten or typed by only a man or woman who has first (1st) hand knowledge to said events.
- The man or woman with first (1st) hand knowledge will then be required to stand in open court and swear to response to said events under oath.

I, say here, and verify in open court this is true.

David James West, a Christian man.

_David James West, a Christian man._
**Signature**

_10-24-2019_
**Date**

## Contact Information
*Prosecutor*

David James West, a Christian man
120 E. FM 544, Suite 72 #414
Murphy, Texas 75094
972-429-9639
Leave a verifying message and I will return the call

Greetings Donald,                                    9-4-2019

        I hope this letter finds you well and in Blessed Spirit. Upon writing you this letter I remain injured, my time and property forever lost. My hope and prayer is that you will honorably settle my claim matter in private by Oct. 1, 2019. If settlement is not reached by said date I will open this issue up to the public in Federal Court.

        My suit, Case claim will come by way of Trespass: Dereliction of duty

You are allowing me to remain hurt by the actions of poor employees of the United States America Buisness I have ownership in.

        I have enclosed copies of 3 pieces of paper I filed earlier which required your assistance in my matter for your personal record.

        May the light of Jesus shine on you and your family.

Respectfully
David James West
a Christian man.

Case 3:19-cv-00675-L-BH   Document 3 #DS141833 Filed 03/19/19   Page 1 of 22   PageID 5

ORIGINAL

'Federal Court'

at

'Northern District of Texas/Amarillo'

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 MAR 19  PM 12: 09

DEPUTY CLERK

I; David James West, a Christian man                 )
Prosecutor

                                                     )          Nature of case: claim

                                                                Claim: trespass
Alice Cobb, a woman acting U.S. Deputy Clerk         )              -theft of time, money, and broke
                                                                    Covenant of Court
of U.S. District Court                               )              -opening a Federal Court Case
                                                                    without my knowledge or consent
Northern District of Texas                           )              then sent me a bill

205 S.E. 5th                                         )

Amarillo, Texas 79101                                )      319 - CV 0675 - L

-WRONGDOER-

---

I, require: a 'court of record' ; 'trial by jury';

---

Claim: trespass (theft of money/time/broke U.S. Court Covenant)
A Federal Court Case without my knowledge or consent then sent me a bill

- the said wrongdoer trespass upon my property/time;

- the agent of the trespass, comes by way of money and services;

- the trespass/theft did and does harm and injury to me and my property;

- the commencement of the wrong and harm/theft began 9-7-2018

- the wrong and harm/theft continued to 11-2-2018

- I require compensation for the initial and continual trespass upon me and my property of the said dates to be made whole

- compensation due: two million dollars and zero cents. ($2,000,000.00)

- attached exhibits: further verification of my claim

I; David James West, a Christian man, say here and will verify in open Court that all herein be true

David James West
a Christian man.
Signature

3-19-2019
Date

Certified a true copy of an instrument
on file in my office on MAR 2 8 2019
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 28 2019

CLERK, U.S. DISTRICT COURT
By _____ Deputy

2:19-CV-0058-D-BR

*Notice*

319-CV0675-L

Donald J. Trump - a man
acting President of the United States of America
country, company business.

You are the President and a paid
employee of the business I have ownership in.
I, David James West - a Christian man, remain
injured by the actions and poor choices
of certain employees. I request and require
you intercede in this matter and help.

I lift you and your family up in
Jesus name and thank you for the
tremendous task you choose to do everyday
for me and all people of the
United States of America. Our Country.

Psalm 1

Certified a true copy of an instrument
on file in my office on 7/16/2019
Clerk, U.S. District Court,
Northern District of Texas
By _M. Aryler_ Deputy

Respectfully,
David James West
a Christian man.
David James West. 6-26-2019

Order

2:19-CV-0058-D-BR

RECEIVED

G - 9 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, David James West a Christian man,
request and require a final monetary
settlement be issued to me for my
personal injury and loss of property.

Respectfully,

David James West
a Christian man

120 E FM 544 Ste 72 #414
Murphy, TX 75094
David James West
a Christian man. 8-09-2019

CC. Donald J. Trump - a man
acting President of the United States of America
country company baisness

I Samuel 30:8
by 9-1-2019   21 days

Dear Donald,                                        9-7-2019
                                                   ( letter 2 )

        Please forgive me. I forgot to
include this piece of paper in my letter
dated 9-4-2019.

                        God Bless you.
                        Respectfully,

Psalms 37.

                   David James West
                   a Christian man

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 2:12-CR-049-J (02) |
| | § | |
| DAVID JAMES WEST | § | |

## ORDER

Before the Court is Defendant David James West's *Motion for Severance for Relief From Prejudicial Joinder Under Rule 14* filed on February 8, 2013. The motion is DENIED.

It is so ORDERED.

SIGNED this 13th day of February, 2013.

MARY LOU ROBINSON
United States District Judge

Certified a true copy of an instrument
on file in my office on MAR 2 8 2019
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Letter 1*

Donald Trump.
1600 Pennsylvania Ave. NW
Washington~DC 20500

9590 9402 5341 9154 4582 90

2. Article Number *(Transfer from service label)*

7018 1130 0001 9112 0049

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MSOD MAIL OPERATION
SEP 17 2019
RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Letter 2*

Donald J. Trump.
1600 Pennsylvania Ave NW.
Washington, DC 20500

9590 9402 5341 9154 4587 33

7018 1130 0001 9112 0261

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MSOD MAIL OPERATION
SEP 18 2019
RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5341 9154 4582 90

**United States Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

David James West
120 E FM 544 Ste 72 #414
Murphy TX 75094

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5341 9154 4587 33

**United States Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

David James West
a Christian man
120 E FM 544 Ste 72 #414
Murphy TX 75094

34-403493

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10032

| Certified Mail Fee | | |
|---|---|---|
| $ | $2.80 | 0098 |
| Extra Services & Fees (check box, add fee as appropriate) | | 02 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $8.80 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.55 | |
| $ | | |
| Total Postage and Fees | $12.15 | |

Postmark Here
SEP 4 2019
09/04/2019

Sent To *Donald Trump — Trump Towers*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7018 1130 0001 9112 9506

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20500

| Certified Mail Fee | | |
|---|---|---|
| $ | $2.80 | 0098 |
| Extra Services & Fees (check box, add fee as appropriate) | | 02 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $8.80 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.55 | |
| $ | | |
| Total Postage and Fees | $12.15 | |

Postmark Here
SEP
09/04/2019

Sent To *Donald Trump*

Street and Apt. No., or PO Box No. *1600 Pennsylvania Ave*

City, State, ZIP+4® *Washington DC*

7018 1130 0001 9112 0049

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20500

| Certified Mail Fee | | |
|---|---|---|
| $ | $2.80 | 0098 |
| Extra Services & Fees (check box, add fee as appropriate) | | 11 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $8.80 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.55 | |
| $ | | |
| Total Postage and Fees | $12.15 | |

Postmark Here
SEP
09/09/2019

Sent To *Donald Trump Letter 2*

Street and Apt. No., or PO Box No. *1600 Pennsylvania Ave. N.W.*

City, State, ZIP+4® *Washington DC*

7018 1130 0001 9112 0270

PS Form 3800, April 2015 PSN 7530-02-000-9047                   See Reverse for Instructions

**Receipt 1 (left)**

```
            940 W FM 544
         WYLIE, TX 75098-9998
            WYLIE, TX 75098-9998
              (800)275-8777
           09/09/2019 10:27 AM
=================================
=================================
```

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

    (Domestic)
    (WASHINGTON, DC  20500)
    (Weight:0 Lb 0.60 Oz)
    (Estimated Delivery Date)
    (Thursday 09/12/2019)

| Cert Mail RstrDel | | | $8.80 |

    (Recipient name)
    (DONALD J TRUMP)
    (USPS Certified Mail #)
    (70181130000191120261)

| Return Receipt | | | $2.80 |

    (USPS Return Receipt #)
    (9590940253419154458733)

| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

    (Domestic)
    (SACHSE, TX  75048)
    (Weight:0 Lb 0.40 Oz)
    (Estimated Delivery Date)
    (Wednesday 09/11/2019)

| Certified | | | $3.50 |

    (USPS Certified Mail #)
    (70181130000191122272)

| Return Receipt | | | $2.80 |

    (USPS Return Receipt #)
    (9590940253419154458740)

```
---------------------------------
Total:                     $19.00
---------------------------------

Cash                       $20.00
Change                      $1.00
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

            Preview your Mail
           Track your Packages
           Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

        HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

              Go to:
      https://postalexperience.com/Pos

      840-5752-0043-002-00033-95030-02

          or scan this code with
            your mobile device:



**Receipt 2 (right)**

```
            WYLIE
            940 W FM 544
         WYLIE, TX 75098-9953
              (800)275-8777
           09/04/2019 02:00 PM
=================================
=================================
```

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

    (Domestic)
    (NEW YORK, NY  10022)
    (Weight:0 Lb 0.80 Oz)
    (Estimated Delivery Date)
    (Saturday 09/07/2019)

| Cert Mail RstrDel | | | $8.80 |

    (Recipient name)
    (DONALD J TRUMP)
    (USPS Certified Mail #)
    (70181130000191120056)

| Return Receipt | | | $2.80 |

    (USPS Return Receipt #)
    (9590940253419154458283)

| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

    (Domestic)
    (WASHINGTON, DC  20500)
    (Weight:0 Lb 0.80 Oz)
    (Estimated Delivery Date)
    (Saturday 09/07/2019)

| Cert Mail RstrDel | | | $8.80 |

    (Recipient name)
    (DONALD J TRUMP)
    (USPS Certified Mail #)
    (70181130000191120049)

| Return Receipt | | | $2.80 |

    (USPS Return Receipt #)
    (9590940253419154458290)

```
---------------------------------
Total:                     $24.30
---------------------------------

Cash                      $100.00
Change                    ($75.70)
```

            Preview your Mail
           Track your Packages
           Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

        HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

              Go to:
      https://postalexperience.com/Pos

      840-5752-0043-005-00038-27057-01

          or scan this code with
            your mobile device:



          or call 1-800-410-7420.
          YOUR OPINION COUNTS

"Notice  Claim  1,000,000.⁰⁰"

**CLAIM FOR DAMAGE, INJURY, OR DEATH**

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

*"COPY"*

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Courts - North District - Amarillo<br>Mary Robinson - woman - Federal Judge | David J. West 616 Claiborn Ln<br>Wylie, TX 75098 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>6-12-69 | 5. MARITAL STATUS<br>S | 6. DATE AND DAY OF ACCIDENT<br>present | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) involved - Shawna Lambert, ... Robinson, Martin M. 1. Violation - 11 amendment Civil Wrath, Nicole Bullard, Martinez. 2. False case - Charges - as a result of my intentions to file claim for fair, just compensation of excessive orders made by her - mary Robinson - in my previous case 2:12-cr-c

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, and Zip code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2-18CV-167-D

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 7 2018
CLERK, U.S. DISTRICT COURT
By ___ DC

| 10. Mental, emotional | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. This brings more stalking, harassment monitoring, I am followed, watched, overwhelmed while in public as a result of these allegations; Case brought by U.S. Courts, mary Robinson / Harm - also to my son David Rowan West I am unable to start over or more on / can't be in public or look for a job.

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, Street, City, and Zip code) |
| Gail West | 616 Claiborn Ln. Wylie, TX 75098 |
| David Gien, Rewa West | 9471 Helium Rd, Amarillo, TX 79119 |
| ... Whole entire West Family | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>I- David J West-man<br>my son- David R. West | 12b. PERSONAL INJURY<br>1,000,000⁰⁰ | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>David J. West | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>972-429-9639 | 14. DATE OF SIGNATURE<br>9-6-2018 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109  - U.S. Courts -

CASREF,JURY,RENO,STCDG

**U.S. District Court**
**Northern District of Texas (Amarillo)**
**CIVIL DOCKET FOR CASE #: 2:18-cv-00167-D-BR**

West v. Robinson et al
Assigned to: Judge Sidney A Fitzwater
Referred to: Magistrate Judge Lee Ann Reno
Cause: 28:1331 Fed. Question: Tort Action

Date Filed: 09/07/2018
Jury Demand: Plaintiff
Nature of Suit: 330 Torts/Pers Inj: Federal Employers'
Liability
Jurisdiction: Federal Question

**Plaintiff**

David J West

represented by David J West
120 E FM 544
Ste 72 #414
Murphy, TX 75094
972-429-9639
PRO SE

V.

**Defendant**

Mary Lou Robinson


Wylie Cruz
*US Probation Officer*

**Defendant**

Martine Martinez
*US Probation Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2018 | 1 | New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Reno (see Special Order 3). Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Reno). Clerk to provide copy to plaintiff if not received electronically. (awc) (Entered: 09/10/2018) |
| 09/07/2018 | 2 | Notice and Instruction to Pro Se Party. (awc) (Entered: 09/10/2018) |
| 09/07/2018 | 3 | COMPLAINT against Wylie Cruz, Martine Martinez, Mary Lou Robinson filed by David J West. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (awc) (Entered: 09/10/2018) |
| 09/10/2018 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1,2. (Copy of first page of file-marked complaint also mailed to plaintiff.) Mon Sep 10 14:04:07 CDT 2018 (crt) (Entered: 09/10/2018) |
| 09/24/2018 | 4 | STANDING ORDER OF REFERENCE to Magistrate Judge Lee Ann Reno (Ordered by Senior Judge Sidney A Fitzwater on 9/24/2018) (djs) (Entered: 09/24/2018) |
| 09/24/2018 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:4. Mon Sep 24 10:56:50 CDT 2018 (crt) (Entered: 09/24/2018) |
| 09/24/2018 | 5 | NOTICE filed by David J West. (awc) (Entered: 09/25/2018) |
| 09/24/2018 | 6 | NOTICE filed by David J West. (awc) (Entered: 09/25/2018) |
| 09/24/2018 | 7 | NOTICE filed by David J West. (awc) (Entered: 09/25/2018) |
| 09/24/2018 | 8 | NOTICE filed by David J West. (awc) (Entered: 09/25/2018) |
| 09/24/2018 | 9 | DEMAND for Trial by Jury by David J West. (awc) (Entered: 09/25/2018) |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00058-D-BR

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

319 - CVO675-L

**PROOF OF SERVICE**

2019 APR 10  PM 3: 31

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

DEPUTY CLERK _____

This summons for *(name of individual and title, if any)*  Alice Carr
was received by me on *(date)*  03-22-19.

☑ I personally served the summons on the individual at *(place)*  205 SE 5TH  Amarillo, TX
U.S. District Courthouse                                                  on *(date)*  03-27-19              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $  65 ⁰⁰     for travel and $  Ø     for services, for a total of $  $65 ⁰⁰

I declare under penalty of perjury that this information is true.

Date:  04-09-19

Rick M. Clau
**Server's signature**

Rick M. Clau - Process Server
#2802   Printed name and title  6-30-19

P.O. Box 19831 Amarillo, Tx 79114
**Server's address**

Additional information regarding attempted service, etc:

10-3-2019

2:19-CV-00058-D-B

3:19-CV-00675-L

United States Baisness
Atty General William Burr,

As I write this letter I remain injured and my property and time forever lost by the actions of poor Employees of the United States of America baisness.

This is a request/require to settle my Claim on or before the 25, Oct. 2019.

Respect fully.

David James West
a Christian man.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Carly Ann_ ☐ Agent ☐ Addressee <br> B. Received by *(Printed Name)* OCT 09 2019  C. Date of Delivery |
| 1. Article Addressed to: *United States Business* <br> *Attn General* <br> *William Barr* <br> *950 Pennsylvania Ave. N.W.* <br> *Washington, D.C. 20530 -0001* | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5341 9154 4324 43

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |

2. Article Number *(Transfer from service label)*

7019 1120 0001 6279 4486

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

```
              WYLIE
         940 W FM 544
   WYLIE, TX 75098-4986
        489910-0098
        (800)275-8777
    10/04/2019 10:41 AM
=====================================
=====================================
-------------------------------------
Product          Qty    Unit    Price
                        Price
-------------------------------------
First-Class Mail@  1   $1.75    $1.75
Large Envelope
   (Domestic)
   (WASHINGTON, DC  20530)
   (Weight:0 Lb 5.30 Oz)
   (Estimated Delivery Date)
   (Monday 10/07/2019)
Certified                        $3.50
   (USPS Certified Mail #)
   (70191120000162794486)
Return Receipt                   $2.80
   (USPS Return Receipt #)
   (9590940253419154432443)
-------------------------------------
Total:                           $8.05
-------------------------------------
-------------------------------------

Cash                           $20.00
Change                        ($11.95)
-------------------------------------
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


             Preview your Mail
             Track your Packages
            Sign up for FREE @
           www.informeddelivery.com


All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

        HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

               Go to:
       https://postalexperience.com/Pos

      840-5752-0043-004-00053-29215-02

          or scan this code with
           your mobile device:



          or call 1-800-410-7420.

         YOUR OPINION COUNTS



Receipt #: 840-57520043-4-5329215-2
Clerk: 11
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7019 1120 0001 6279 4486

WASHINGTON DC 20530

| Certified Mail Fee | $3.50 | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 | |
| ☐ Return Receipt (hardcopy) | $____ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.75 | |
| Total Postage and Fees | $8.05 | |

Sent To  Atty General William Barr

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

10/04/2019

Postmark
Here

0098
11

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2:12-CR-049J-(02)
2:18 CV 767 D
319 CV 0675 L
219 CV 0058 D BR
10-15-2019
p1-2

Donald J. Trump - a man
(Notice - Final)

This is a final request for you to settle my claim matter in private before I file a federal suit, case claim.

1. I say that I; David James West a Christian man am I

2. I say that NO man or woman will make a claim saying my claim is not true.

3. I required my personal injury, property loss (time) be restored monetarily and I made whole by Oct. 1, 2019. My request has been exceeded.

4. I give final Notice / fair warning to settle all claims by Oct. 25, 2019 before I open this matter up to the public in "Our Federal Court House" by way of a Claim.

I; swear by oath and affirmation in open Court this is true.

Respectfully
David James West
a Christian man.

10-15-2019
p. 2-2

Contact information or to send settlement.
David James West
a Christian man.
120 E. FM 544 Ste 72 #414
Murphy, Tx 75094


CC. United States Atty General.
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

```
              WYLIE
          940 W FM 544
WYLIE  TX 75098-8998
          489910-0098
        (800)275-8777
     10/15/2019 09:49 AM
=================================
=================================
Product          Qty   Unit    Price
                       Price

George H.W. Bush   3   $0.55   $1.65
First-Class Mail@  1   $0.55   $0.55
Letter
   (Domestic)
   (WASHINGTON, DC  20500)
   (Weight:0 Lb 0.50 Oz)
   (Estimated Delivery Date)
   (Friday 10/18/2019)
Cert Mail RstrDel                $8.80
   (Recipient name)
   (DONALD J TRUMP)
   (USPS Certified Mail #)
   (70190700000120559174)
Return Receipt                   $2.80
   (USPS Return Receipt #)
   (9590940253419154452359)
First-Class Mail@  1   $0.55   $0.55
Letter
   (Domestic)
   (WASHINGTON, DC  20530)
   (Weight:0 Lb 0.50 Oz)
   (Estimated Delivery Date)
   (Friday 10/18/2019)
Certified                        $3.50
   (USPS Certified Mail #)
   (70190700000120559167)
Return Receipt                   $2.80
   (USPS Return Receipt #)
   (9590940253419154452397)

Total:                          $20.65

Cash                            $21.00
Change                          ($0.35)


Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

       Preview your Mail
       Track your Packages
       Sign up for FREE @
       www.informeddelivery.com


All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

   HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

          Go to:
https://postalexperience.com/Pos

   840-5752-0043-005-00039-53239-01
```



